UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADRID MARCOS,  | No. C 09-4664 MHP (pr) |
|     Plaintiff, | **ORDER OF TRANSFER** |
|     v. | |
| H. ANGLEA; et al., | |
|     Defendants. | |

Madrid Marcos, filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at state prisons in Delano, Tehachapi and Susanville. Delano and Tehachapi are in Kern County, and Susanville is in Lassen County. Both counties are within the venue of the Eastern District of California. Most of the defendants apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: November 17, 2009

_____
Marilyn Hall Patel
United States District Judge